# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2018

### NO. 03-18-00555-CV

**M. G., Appellant**

**v.**

**Travis County District Attorney, Appellee**

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.